UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
FELIX CASTRO, *on behalf of himself and all others similarly situated*

         Plaintiff,       **23-cv-3332 (LJL)**

    -against-          **ORDER**

THE CARVING COMPANY ONLINE, LLC,

         Defendant.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

  A pre-settlement conference call in this matter is hereby scheduled for **Wednesday, August 2, 2023, at 10:30 a.m.** Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. **Please dial (888) 808-6929; access code [9781335].**

    **SO ORDERED.**

DATED:  New York, New York
      July 5, 2023

                _____
                VALERIE FIGUEREDO
                United States Magistrate Judge