UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**STEIN & NIEPORENT LLP**
David Nieporent
1441 Broadway, Suite 6090
New York, New York 10018
(212) 308-3444
dnieporent@steinllp.com

Attorneys for Defendant

| | |
|---|---|
| Felix Castro, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>- vs. –<br><br>The Carving Company Online, LLC,<br><br>Defendant. | DOCKET NO. 23-cv-3332<br>(LJL) (VF)<br><br>**NOTICE OF APPEARANCE** |

NOW COMES attorney David Nieporent, Esq., and enters his appearance in this matter on behalf of defendant The Carving Company Online, LLC.

Dated: August 2, 2023

*David M. Nieporent*
_____
David Nieporent
STEIN & NIEPORENT LLP
1441 Broadway, Suite 6090
New York, New York 10018
(212) 308-3444
(212) 836-9595

Attorneys for Defendant